```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RAYMUNDO GASTELLUM-NUNEZ

8

9
                       IN THE UNITED STATES DISTRICT COURT
10
                      FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      ) No. CR-S-09-253 JAM
14                                )
                  Plaintiff,      )
15                                ) STIPULATION AND ORDER TO CONTINUE
         v.                       ) STATUS CONFERENCE
16                                )
   RAYMUNDO GASTELLUM-NUNEZ,      )
17                                ) Date:  August 4, 2009
                  Defendant.      ) Time:  9:30 a.m.
18                                ) Judge: Hon. John A. Mendez
   _____)
19

20
```

It is hereby stipulated between the parties, Michael D. Anderson, Assistant United States Attorney, attorney for the government, and Caro Marks, attorney for defendant Raymundo Gastellum-Nunez, as follows:

The Status Conference date of July 28, 2009, should be continued until August 4, 2009 at 9:30 a.m.  The reason for the continuance is that defense counsel has just returned from annual leave and received the plea offer in this case. Due to court obligations and previously scheduled travel to the Nevada City jail on July 27, defense counsel is

1  unable to confer with the defendant and an interpreter about the plea
2  offer until after the presently set court date of July 28, 2009.
3  Therefore, the parties agree on a one-week continuance to allow defense
4  counsel to meet with the defendant and review the plea offer.
5      IT IS STIPULATED that the period from the date of this Stipulation
6  up to and including August 4, 2009, be excluded in computing the time
7  within which trial must commence under the Speedy Trial Act, pursuant
8  to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4, to permit
9  necessary preparation by defense counsel.
10 Dated: July 23, 2009
11                                  Respectfully submitted,
12                                  DANIEL BRODERICK
                                    Federal Defender
13
14                                  /s/ Caro Marks
15                                  _____
                                    CARO MARKS
                                    Assistant Federal Defender
16                                  Attorney for Defendant
                                    RAYMUNDO GASTELLUM-NUNEZ
17
18 Dated: July 23, 2009
19                                  LARRY G. BROWN
                                    Acting United States Attorney
20
21                                  /s/ Michael D. Anderson
22                                  _____
                               By:  MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney
23
24                                 ORDER
25
26     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
27 ordered that the status conference presently set for July 28, 2009, be
28 continued to August 4, 2009, at 9:30 a.m.  Based on the representation

Name of Pleading: Gastellum S/o    -2-

1  of defense counsel and good cause appearing therefrom, the Court hereby
2  finds that the failure to grant a continuance in this case would deny
3  defendant continuity of counsel and defense counsel reasonable time
4  necessary for effective preparation, taking into account the exercise
5  of due diligence.  The Court finds that the ends of justice to be
6  served by granting a continuance outweigh the best interests of the
7  public and the defendant in a speedy trial.  It is ordered that time
8  from the date of the signing of this stipulation, up to and including
9  the August 4, 2009, status conference shall be excluded from
10 computation of time within which the trial of this matter must be
11 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
12 3161(h)(7)(A) & (B)(iv), Local Code T-4, to allow defense counsel time
13 to prepare.
14 Dated: July 24, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Name of Pleading: Gastellum S/o    -3-