```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   RAYMUNDO GASTELLUM-NUNEZ
7
8
9            IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13 UNITED STATES OF AMERICA,      ) No. CR-S-09-253 JAM
                                  )
14                  Plaintiff,    )
                                  ) STIPULATION AND ORDER TO CONTINUE
15      v.                        ) STATUS CONFERENCE
                                  )
16 RAYMUNDO GASTELLUM-NUNEZ,      )
                                  ) Date: September 8, 2009
17                  Defendant.    ) Time: 9:30 a.m.
                                  ) Judge: Hon. John A. Mendez
18 _____)
19
```

20      It is hereby stipulated between the parties, Michael D. Anderson,
21 Assistant United States Attorney, attorney for the government, and Caro
22 Marks, attorney for defendant Raymundo Gastellum-Nunez, as follows:
23      The Status Conference date of August 25, 2009, should be continued
24 until September 8, 2009.  The reason for the continuance is that
25 defense counsel made a counter offer to the government, which the
26 government has accepted. Defense counsel will be out on medical leave
27 from August 21 to August 24, 2009, and needs additional time to review
28 the new plea agreement with the defendant and to write a memorandum of

1 | law in support of the defense's sentencing arguments.

2 |     IT IS STIPULATED that the period from the date of this Stipulation
3 | up to and including September 8, 2009, be excluded in computing the
4 | time within which trial must commence under the Speedy Trial Act,
5 | pursuant to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4, to
6 | permit necessary preparation by defense counsel.

7 | Dated: August 21, 2009

8 |     Respectfully submitted,

9 |     DANIEL BRODERICK
    Federal Defender

10 |

11 |     /s/ Caro Marks
    _____

12 |     CARO MARKS
    Assistant Federal Defender

13 |     Attorney for Defendant
    RAYMUNDO GASTELLUM-NUNEZ

14 |

15 | Dated: August 21, 2009

16 |     LARRY G. BROWN
    United States Attorney

17 |

18 |     /s/ Michael D. Anderson
    _____

19 |     By:  MICHAEL D. ANDERSON
    Assistant U.S. Attorney

20 |

21 |     ORDER

22 |

23 |     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 | ordered that the status conference presently set for August 25, 2009,
25 | be continued to September 8, 2009, at 9:30 a.m.  Based on the
26 | representation of defense counsel and good cause appearing therefrom,
27 | the Court hereby finds that the failure to grant a continuance in this
28 | case would deny defendant continuity of counsel and defense counsel

Gastellum S/O    -2-

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.  The Court finds that the ends
3  of justice to be served by granting a continuance outweigh the best
4  interests of the public and the defendant in a speedy trial.  It is
5  ordered that time from the date of the signing of this stipulation, up
6  to and including the September 8, 2009, status conference shall be
7  excluded from computation of time within which the trial of this matter
8  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
9  3161(h)(7)(A) & (B)(iv), Local Code T-4, to allow defense counsel time
10 to prepare.
11 Dated: August 21, 2009
12
13                                     /s/ John A. Mendez
                                       JOHN A. MENDEZ
14                                     United States District Judge

Gastellum S/O                    -3-