```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  RAYMUNDO GASTELLUM-NUNEZ

 7

 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,    ) No. CR-S-09-253 JAM
13                               )
                  Plaintiff,     )
14                               ) STIPULATION AND ORDER TO CONTINUE
         v.                      ) STATUS CONFERENCE
15                               )
    RAYMUNDO GASTELLUM-NUNEZ,    )
16                               ) Date:  September 15, 2009
                  Defendant.     ) Time:  9:30 a.m.
17                               ) Judge: Hon. John A. Mendez
    _____ )
18

19
         It is hereby stipulated between the parties, Michael D. Anderson,
20
    Assistant United States Attorney, attorney for the government, and Caro
21
    Marks, attorney for defendant Raymundo Gastellum-Nunez, as follows:
22
         The Status Conference date of September 8, 2009, should be
23
    continued until September 15, 2009.  The reason for the continuance is
24
    to enable defense counsel to complete and submit a sentencing
25
    memorandum.  Defense counsel does not wish to file a sentencing
26
    memorandum with the court on the eve of a holiday weekend. Counsel has
27
    been out on medical leave several days this week and needs an
28
```

1 | additional week to complete the sentencing memorandum in this case.
2 |     IT IS STIPULATED that the period from the date of this Stipulation
3 | up to and including September 15, 2009, be excluded in computing the
4 | time within which trial must commence under the Speedy Trial Act,
5 | pursuant to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4, to
6 | permit necessary preparation by defense counsel.
7 | Dated: September 3, 2009

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                  /s/ Caro Marks
                                _____
                                CARO MARKS
                                Assistant Federal Defender
                                Attorney for Defendant
                                RAYMUNDO GASTELLUM-NUNEZ

15 | Dated:  September 3, 2009

                                LARRY G. BROWN
                                United States Attorney

                                /s/ Michael D. Anderson
                                _____
                             By:  MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney

                                ORDER

23 |     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 | ordered that the status conference presently set for September 8, 2009,
25 | be continued to September 15, 2009, at 9:30 a.m.  Based on the
26 | representation of defense counsel and good cause appearing therefrom,
27 | the Court hereby finds that the failure to grant a continuance in this
28 | case would deny defendant continuity of counsel and defense counsel

Gastellum S/O                              -2-

1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.  The Court finds that the ends
3 | of justice to be served by granting a continuance outweigh the best
4 | interests of the public and the defendant in a speedy trial.  It is
5 | ordered that time from the date of the signing of this stipulation, up
6 | to and including the September 15, 2009, status conference shall be
7 | excluded from computation of time within which the trial of this matter
8 | must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
9 | 3161(h)(7)(A) & (B)(iv), Local Code T-4, to allow defense counsel time
10 | to prepare.
11 | Dated: September 4, 2009
12 |
13 | /s/ John A. Mendez
    | JOHN A. MENDEZ
14 | United States District Judge

Gastellum S/O                    -3-